IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00871-RPM

CDMO, INC., and
CDET, INC.,

    Plaintiffs,

v.

COMFORT DENTAL GROUP, INC.,

    Defendant.

_____

ORDER VACATING HEARING ON MOTION TO DISQUALIFY
_____

On August 4, 2014, this Court entered an order allowing the withdrawal of William F. Jones and Dean E. Richardson of Moye White LLP as counsel for Defendant. It is therefore

ORDERED that Plaintiffs' Motion to Disqualify the Moye White Law Firm is moot and the August 18, 2014, hearing is vacated.

DATED: August 5th, 2014

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge