IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00871-RPM

CDMO, INC., and
CDET, INC.,

    Plaintiffs,

v.

COMFORT DENTAL GROUP, INC.,

    Defendant.
_____

ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT
_____

    Upon review of the Motion for Leave to file Amended Complaint [Doc. 34] and Defendant's response [Doc. 57], it is

    ORDERED that the motion is granted and the Amended Complaint attached thereto is accepted for filing.

    DATED:  August 5th,  2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge