IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00871-RPM

CDMO, INC., and
CDET, INC.,

    Plaintiffs,

v.

COMFORT DENTAL GROUP, INC.,

    Defendant.
_____

## ORDER SETTING STATUS CONFERENCE
_____

Upon review of the Joint Motion to Set Status Conference [62], it is

ORDERED that a status conference is set for September 3, 2014, at 2:30 p.m. in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: August 8th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge