IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00871-RPM

CDMO, INC., and
CDET, INC.,

    Plaintiffs,

v.

COMFORT DENTAL GROUP, INC.,

    Defendant.
_____

ORDER GRANTING MOTION TO STAY
_____

On review of the joint motion to stay this case, filed on August 26, 2014, [#66], it is

**ORDERED** that the motion is granted. This case is stayed for 45 days from the date of this order, unless the parties seek and the Court grants earlier relief from the stay. The status conference currently scheduled for September 3, 2014, is vacated. A status conference is set for October 9, 2014, at 10:30 a.m. in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, at which the parties will advise the Court on the status of settlement

DATED: August 27th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge