IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00871-RPM

CDMO, INC., and
CDET, INC.,

    Plaintiffs,

v.

COMFORT DENTAL GROUP, INC.,

    Defendant,

and

COMFORT DENTAL GROUP, INC.,

    Counterclaim Plaintiff,

v.

CDMO, INC.,
CDET, INC., and
DR. CRAIG BAHR,

    Counterclaim-Defendants.

_____

ORDER GRANTING JOINT MOTION TO VACATE AND RESET STATUS CONFERENCE AND
CONTINUE STAY
_____

On review of the Joint Motion to Vacate and Reset Status Conference and Continue Stay, filed November 7, 2014 [72], it is

**ORDERED** that the motion is granted. The status conference set for November 10, 2014 at 10:30 a.m. is vacated and **reset for December 2, 2014 at 10:30 a.m.**, and the stay in this case is continued until then.

DATED:  November 7th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge