IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00871-RPM

CDMO, INC., and
CDET, INC.,

      Plaintiffs/Counterclaim Defendants,

v.

COMFORT DENTAL GROUP, INC.,

      Defendant/Counterclaim Plaintiff,

DR. CRAIG BAHR,

      Counterclaim-Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

      The joint motion to vacate the March 20, 2015, status conference, reset the conference for April 10, 2015, at 11:00 a.m., and to continue the stay is granted.

DATED:   March 20, 2015