IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00871-RPM

CDMO, INC., and
CDET, INC.,

    Plaintiffs,

v.

COMFORT DENTAL GROUP, INC.,

    Defendant,

and

COMFORT DENTAL GROUP, INC.,

    Counterclaim Plaintiff,

v.

CDMO, INC.,
CDET, INC., and
DR. CRAIG BAHR,

    Counterclaim-Defendants.
_____

ORDER GRANTING JOINT MOTION TO VACATE AND RESET STATUS CONFERENCE AND CONTINUE STAY
_____

On review of the Joint Motion to Vacate and Reset Status Conference and Continue Stay, filed April 9, 2015 [84], it is

**ORDERED** that the motion is granted. The status conference set for April 10, 2015, at 10:30 a.m. is vacated and **reset for May 8, 2015, at 1:30 p.m.**, and the stay in this case is continued until then.  **No further continuances will be granted.**

DATED:   April 9th, 2015

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge