IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00871-RPM

CDMO, INC., and
CDET, INC.,

    Plaintiffs/Counterclaim Defendants,

v.

COMFORT DENTAL GROUP, INC.,

    Defendant/Counterclaim Plaintiff,

DR. CRAIG BAHR,

    Counterclaim-Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

    Plaintiffs Motion for Discovery Conference [Doc. 87] is granted.  The conference is scheduled for **May 27, 2015, at 2:00 p.m**. in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   May 21, 2015