# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date: August 14, 2015
Courtroom Deputy: Emily Buchanan
FTR Technician: Kathy Terasaki

---

Civil Action No.  14-cv-00871-RPM          Counsel:

CDMO, INC., and                            Neil Arney
CDET, INC.,

     Plaintiffs,

v.

COMFORT DENTAL GROUP, INC.,                Steven Kelso
                                           Kathryn Reilly
     Defendant.                           Erin Frohardt

---

## COURTROOM MINUTES

---

**STATUS CONFERENCE**

**1:52 p.m.**     **Court in session.**

Discussion regarding Defendant's Motion to Dismiss the First Amended Complaint, Plaintiffs' Answer to the Counterclaim, and the subfranchisees' participation in this lawsuit.

**ORDERED:** Plaintiffs/Counterclaim-Defendants' Motion to Dismiss Defendant/Counterclaim-Plaintiff's First, Second, Third and Fourth Claim for Relief (Doc. No. 99) is **DENIED**.

**ORDERED:** Plaintiff shall respond to Defendant/Counterclaim Plaintiff Comfort Dental Group, Inc.'s Motion to Dismiss Plaintiffs/Counterclaim Defendants' First Amended Complaint (Doc. No. 105).

Defendant will file a motion to dismiss its counterclaims without prejudice if the Court grants Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint.

**2:03 p.m.**     **Court in recess.**
**Hearing concluded.  Total time: 11 minutes.**