IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00871-RPM

CDMO, INC., and
CDET, INC.,

    Plaintiffs,
v.

COMFORT DENTAL GROUP, INC.,

    Defendant,
and

COMFORT DENTAL GROUP, INC.,

    Counterclaim Plaintiff,
v.

CDMO, INC.,
CDET, INC., and
DR. CRAIG BAHR,

    Counterclaim-Defendants.
_____

ORDER GRANTING MOTION TO FILE SUR-REPLY BRIEF
_____

On review of the Motion for Leave to File Sur-Reply to Comfort Dental Group, Inc.'s Reply in Support of Motion to Dismiss Plaintiff/Counterclaim Defendants' First Amended Complaint [Doc. 113], it is

ORDERED that the motion is granted.

DATED: October 13th, 2015

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior Judge