**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                      December 18, 2015
Courtroom Deputy:  Bernique Abiakam
FTR Technician:      Kathy Terasaki

---

Civil Action No.  **14-cv-00871-RPM**          <u>Counsel:</u>

**CDMO, INC., and**                            Neil L. Arney
**CDET, INC.**,                                Suzanne M. Shehan

      Plaintiffs/Counterclaim-Defendants,

v.

**COMFORT DENTAL GROUP, INC.**,               Steven M. Kelso
                                               Kathryn A. Reilly

      Defendant/Counterclaim-Plaintiff,

v.

**DR. CRAIG BAHR**,                            Neil L. Arney
                                               Suzanne M. Shehan

      Counterclaim-Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING**

**10:21 a.m.    Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Argument heard on Doc. No. 105.

10:28 a.m.    Argument by Ms. Reilly.  Questions by the Court.

1

10:40 a.m.    Argument by Mr. Arney.  Questions by the Court.

10:56 a.m.    Further argument by Ms. Reilly.  Questions by the Court.

**ORDERED:    Defendant/Counterclaim Plaintiff Comfort Dental Group, Inc's Motion
To Dismiss Plaintiffs/Counterclaim Defendants' First Amended
Complaint (Filed 8/13/15; Doc. No. 105 is taken UNDER
ADVISEMENT.  Ruling in 30 days, as specified.**

10:59 a.m.    Comments by Mr. Arney.

Final remarks by the Court.

**11:01 a.m.    Court in recess.**
Hearing concluded.
Total time in court:  40 minutes.