IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00871-RPM

CDMO, INC., and
CDET, INC.,

    Plaintiffs,

v.

COMFORT DENTAL GROUP, INC.,

    Defendant,

and

COMFORT DENTAL GROUP, INC.,

    Counterclaim-Plaintiff,

v.

CDMO, INC.,
CDET, INC., and
DR. CRAIG BAHR,

    Counterclaim-Defendants.

_____

ORDER FOR STAY
_____

On review of the request for a stay of the proceedings in this case, to and including May 9, 2016, [Doc. 124] it is

ORDERED that the request is granted.

DATED: March 11th, 2016

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge